# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON MOTION FOR REHEARING

## NO. 03-22-00745-CR

**Francisco Llanas, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 450TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-20-300570, THE HONORABLE BRAD URRUTIA, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

We previously dismissed this appeal for want of jurisdiction after concluding that appellant Francisco Llanas had no right to appeal. Appellant has filed a motion for rehearing and a motion for en banc reconsideration asserting that the trial court's certification of his right of appeal is incorrect.

Courts of appeals have the ability to examine a trial court's certification of a defendant's right of appeal for defectiveness and to obtain a new certification under Texas Rules of Appellate Procedure 34.5(c) and 37.1, whenever appropriate. *Dears v. State*, 154 S.W.3d 610, 614 (Tex. Crim. App. 2005); *see* Tex. R. App. P. 34.5(c), 37.1.

Accordingly, we withdraw our opinion, dissenting opinion, and judgment dated October 3, 2024; reinstate this appeal; and abate and remand the cause to the trial court for entry of an amended certification that accurately reflects appellant's right of appeal. The trial court shall include the amended certification in a supplemental clerk's record to be filed with this Court no later than December 27, 2024. *See* Tex. R. App. P. 34.5(c). Appellant's motion for rehearing and motion for en banc reconsideration are dismissed as moot.

It is so ordered on December 13, 2024.


Before Justices Baker, Triana, and Smith

Abated and Remanded

Filed: December 13, 2024

Do Not Publish